Case or No Case

# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Kevin M.S. Ollie

v.

Case Number: 25-C-1799

(to be supplied by Clerk of Court)

(Full name of defendant(s))

(X) Twitter X videss
Pornhub
ONLYFANS
FANSONLY

U.S. District Court Wisconsin Eastern
NOV 14 2025
FILED Clerk of Court

A. PARTIES

1. Plaintiff is a citizen of _____WIS_____, and is located at
   (State)

   949 N 9th Street Milw, WIS 53233
   (Address of prison or jail)

2. Defendant ___Kae Kristen Ledlow___
   (Name)
   is (if a person or private corporation) a citizen of ___N/A___
   (State, if known)
   and (if a person) resides at ___N/A___
   (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for _____N/A_____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Privacy Invation:
Telephone - Telegraph - Telecommunication
Telecommute - (teleconference) (group)
Kristen Ledlow supports Instagram
(twitter) X Pornhub - Xvideos
ONLY Fans / Fans ONLY
Members / TikTok Telegram
Telekinesis Telepathy -
Telemarketing

Any Moment
I try Masturbation
I Hearing Kristen

Complaint – 2

mocking the voice in the video moaning — and speaking to me while I am j/o taking of my business she Doing even Now while I am in jail its shouldnt be a problem STROKING My DICK to Another Inmate or Officers werred thing is I have Porn stars when started on X(twitter) speaking me trying to fall in Love HIV — I caught After watching Porn

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ Trillion.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Compensation

Twitter (X)

Pornhub, XVideo

Only fans for fans

From Removed Internet

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES    ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __Nov__ day of __8__ 20__25__.

Respectfully Submitted,

_____
Signature of Plaintiff

__2020 2025008531__
Plaintiff's Prisoner ID Number

__2502 W Glendale Ave__
__Milwaukee, WI 53209__
(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5
Case 2:25-cv-01799-NJ    Filed 11/14/25    Page 5 of 5    Document 1